UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES PRICE,**<br><br>  *Pro se* Plaintiff,<br><br>  v.<br><br>**SARAH LILLY,** *et al.*,<br><br>  Defendants. | Case No. 19-cv-701 (CRC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

**ORDERED** that [10] Government's Motion to Dismiss [1] Plaintiff's Complaint is GRANTED. It is further

**ORDERED** that [16] Plaintiff's Motion to Amend the Complaint is DENIED as futile. It is further

**ORDERED** that this case is DISMISSED.

This is a final appealable order.

Date: March 5, 2020

CHRISTOPHER R. COOPER
United States District Judge